IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL A. VANLIEROP,

      Appellant,

v.

      Case No.  5D22-1023
LT Case No. 2021-305563-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 6, 2022

Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Matthew J. Metz, Public Defender,
and Betty Wyatt, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.